UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>TONY DEGRAND,<br><br>　　　　　Defendant. | CASE NO. 1:18-cv-00054-LMB-MSN |

### JOINT NOTICE OF WAIVER OF ORAL ARGUMENT

PLEASE TAKE NOTICE that, pursuant to Local Fed. R. Civil P. Rule 7(E), the parties hereby jointly waive oral argument on the Joint Motion to Seal [CM/ECF 18] in the above-captioned matter.

Dated: May 2, 2018

Respectfully and Jointly submitted,

By: /s/ *John C. Decker, II, Esq.*
John C. Decker, II, Esquire (30135)
Law Offices of John C. Decker, II
5207 Dalby Lane
Burke, Virginia 22015
(703) 503-0254 (ph.)
(703) 503-2295 (fax)
E-mail: the.decks@verizon.net
Counsel for Plaintiff

By: [signature]
Tony Degrand
Pro Se Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system. Additionally, with Defendant's permission a copy of the foregoing document was served on Defendant via e-mail to Defendant's personal counsel, Robert Z. Cashman, Esq., rzcashman@cashmanlawfirm.com.

By: *John C. Decker, II, Esq.*