UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOE subscriber assigned IP address 69.255.146.160, <br><br> Defendant. | CASE NO. 1:18-cv-00054-LMB-MSN |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
<u>**WITH PREJUDICE OF JOHN DOE**</u>

**PLEASE TAKE NOTICE**, Plaintiff has settled this matter with John Doe ("Defendant") through his counsel. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. John Doe was assigned the IP Address 69.255.146.160. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: May 15, 2018

By: *John C. Decker, II, Esq.*
John C. Decker, II, Esquire (30135)
Law Offices of John C. Decker, II
5207 Dalby Lane
Burke, Virginia 22015
(703) 503-0254 (ph.)
(703) 503-2295 (fax)
E-mail: the.decks@verizon.net

So Ordered

/s/
_____
Leonie M. Brinkema    5/16/18
United States District Judge